UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23271-CMA

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.153.63.128 an individual,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.153.63.128, are voluntarily dismissed with prejudice.

Dated: October 4, 2023

Respectfully submitted,

By: /s/ *Christian W. Waugh*
Christian W. Waugh
Waugh PLLC
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

By: /s/ *Mary Alexis Norberg*
Mary Alexis Norberg
Waugh Grant, PLLC
201 E. Pine Street

Suite 315
Orlando, FL 32801
321-800-6008
Email: mnorberg@waughgrant.com
*ATTORNEY TO BE NOTICED*

By: */s/ Sofie Tiffany Bayer*
Sofie Tiffany Bayer
Waugh Grant PLLC
201 E. Pine St
Suite 315
Orlando, FL 32801
321-800-6008
Fax: 844-206-0245
Email: sbayer@waughgrant.com
*ATTORNEY TO BE NOTICED*